United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff | ) ) ) |
| v. | ) ) Criminal Case Nos. 17-20631-CR- ) Scola and 17-20815-CR-Scola ) |
| Vladimir Prado, Sr., Defendant. | ) ) |

### Order Denying Motion for Release

The Defendant Vladimir Prado, Sr. moved to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). Because Prado has not established that extraordinary and compelling circumstances warrant his release, the Court **denies** his emergency motion for release (**ECF No. 349**).

Prado pled guilty to conspiracy to commit health care fraud and wire fraud and was sentenced to 97 months in prison. He began his sentence in June 8, 2018, and thus has served approximately 24 months of his sentence (or approximately 25%). (ECF No. 191.) With good behavior, he is projected to be released on April 1, 2025. (ECF No. 351 at 2.) He now argues that he should be released from prison because his hypertension and respiratory issues place him at a high risk of contracting a severe case of Covid-19. The Court disagrees.

Prado did not meet his burden to show that "extraordinary and compelling reasons" support his release. If an inmate has a chronic medical condition that has been identified by the CDC as elevating an inmate's risk of becoming seriously ill from COVID-19, that condition may constitute "extraordinary and compelling reasons," especially for inmates over the age of 65.[1] Prado is a 54-year-old inmate with hypertension and respiratory issues. Although people with moderate-to-severe asthma may be at an increased risk of contracting a severe case of Covid-19, Prado has not sufficiently demonstrated that he has this condition. He asserts that he has "respiratory issues," but does not include any details including what those respiratory issues are, their severity, and how long he has had these issues. In short, his "respiratory issues" are not at an acute level warranting his release after serving less than 25% of his sentence.

---

[1] Center for Disease Control and Prevention, *Coronavirus Disease: People who are at higher risk for severe illness*, updated April 15, 2020 at https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html (people over the age of 65 and those with certain chronic conditions are at a high-risk of severe illness from Covid-19).

With regards to his hypertension—he again does not demonstrate that it is severe enough to constitute extraordinary and compelling circumstances warranting his release. Virtually every person over the age of 50 has some health condition that could conceivably put that person at a greater risk of succumbing to the coronavirus, but this does not entitle every inmate over 50 to be released. Attorney General William Barr's memo urging the release of particularly vulnerable inmates is not a get-out-of-jail-free card for every incarcerated person. *See* Memorandum from the Attorney General (Apr. 3, 2020); *but see*, *United States v. Oreste*, Case No. 14-cr-20349 (S.D. Fla. Apr. 6, 2020) (Scola, J.) (granting compassionate release for the Defendant with end-stage renal failure, heart failure, diabetes, and a history of respiratory illnesses after he completed 60% of his sentence).

**Done and ordered** at Miami, Florida, on June 4, 2020.

Robert N. Scola, Jr.
United States District Judge