United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Vladimir Prado, Sr.,<br>Defendant. | )<br>)<br>)<br>) Case No. 17-CR-20631-RNS-2 and<br>)             17-CR-20815-RNS-2<br>)<br>)<br>) |

### Order Granting Defendant's Motion

    This matter is before the Court on Defendant's *Pro Se* Motion for Early Termination of Supervised Release, filed April 30, 2025, in Case No. *17-CR-20631-RNS-2*. The Government filed a response in opposition to the Defendant's motion (ECF No. 472) and U.S. Probation Officer Karla Amaya Bonilla submitted a response memorandum on or about May 14, 2025. After review of the motion and responses, it is hereby

    **Ordered and Adjudged** that after considering the written submissions of the parties as well as the relevant factors of Title 18 U.S.C. Section 3553(a), the Defendant's motion for early termination of supervised release (**ECF No. 470** - *17-CR-20631-RNS-2*) is **granted** because the Defendant has completed two of the three years of his term of supervised release. The Defendant's term of supervised release is hereby **terminated** effective immediately. It is further

    **Ordered and Adjudged** that the Defendant's supervised release term in *17-CR-20815-RNS-2* is hereby terminated *sua sponte*.

    **Done and Ordered** at Miami, Florida, on July 25, 2025.

                                                              Robert N. Scola, Jr.
                                                              Senior United States District Judge

cc:    AUSA Christopher J. Clark
        Vladimir Prado, Sr., *pro se* (*via* U.S. mail)
        U.S. Probation Officer Karla Amaya Bonilla