United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America, <br> Plaintiff <br><br> v. <br><br> Vladimir Prado, Sr., <br> Defendant. | Case No. 17-CR-20631-RNS-2 |

### Order Adopting Magistrate Judge's Report and Recommendation

This matter was referred (ECF No. 481) to United States Magistrate Judge Bruce E. Reinhart for a report and recommendation on the Government's motion for summary judgment (ECF No. 455). Judge Reinhart issued a report, recommending that the Court deny the motion. (Rep. & Recs., ECF No. 482.) No objections have been filed and the time to do so has passed. Irrespective of the lack of objections, the Court has considered Judge Reinhart's report on a de novo basis and finds it well supported. The Court thus **adopts** it in full (**ECF No. 482**) and therefore **denies** the Government's motion for summary judgment (**ECF No. 455**).

**Done and ordered**, in Miami, Florida, on September 4, 2025.

Robert N. Scola, Jr.
United States District Judge